UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILLER,<br><br>      Plaintiff<br><br>- against –<br><br>HEAVY, INC.<br><br>      Defendant | Case No. 1:18-cv-04639 (CM)<br><br>**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Robert Miller, and Counsel for Defendant Heavy, Inc. that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

_____
James H. Freeman

LIEBOWITZ LAW FIRM, PLLC
1333A North Ave., Ste. 762
New Rochelle, New York 10804
Telephone: (516) 233-1660
JF@LiebowitzLawFirm.com

Dated: April 26, 2021

*Attorneys for Plaintiff
Robert Miller*

_____
Marc Andrew Lebowitz

LEBOWITZ LAW OFFICES LLC
777 Third Avenue, 35th Floor
New York, NY 10017
Telephone: (212) 682-0030
marc@lebolaw.com

Dated: April 30, 2021

*Attorneys for Defendant
Heavy, Inc.*

**SO ORDERED:**

_____
Hon. Colleen McMahon